FILED

06/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0511

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0511

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

KEITH SCOTT STRECKER,

     Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including September 4, 2020, within which to prepare, serve, and file the State's response.

PJM

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
June 26 2020